36 So.2d 607

### William R. STEBER v. Joseph MITCHELL et al.

1 Div. 325.

Supreme Court of Alabama.

June 21, 1948.

M. F. Dozier, of Mobile, for appellant.

Johnston, McCall & Johnston, of Mobile, for appellees.

PER CURIAM.

Appeal dismissed by agreement.